FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0288

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 20-0288

BRIAN D. SMITH,

      Plaintiff/Appellant,

KATIE GREEN,

      Defendant/Appellee.

---

*(PROPOSED) ORDER*

---

On Appeal from the Montana Fourth Judicial District Court, Missoula County
Cause No. DV-20-58, Hon. Leslie Halligan

---

Rutherford B. Hayes
Risk Management and Tort
Defense Division
P.O. Box 200124
Helena, MT 59620
(406) 444-2485
Facsimile: (406) 444-2592
Rutherford.Hayes2@mt.gov
*For Appellee*

Brian D. Smith
AO# 3009410
700 Conley Lake Rd.
Deer Lodge, MT 59722
*Appellant Pro Se*

1

Appellee Katie Green has requested a 30-day extension to file her response brief. This is her first such request. As such the motion is GRANTED and Appellee Green's response brief is now due on October 25, 2020.

DATED this ____ Day of September, 2020.


BY: _____
       CLERK OF COURT

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 25 2020